# EXHIBIT B

## PROMISSORY NOTE

KNOW ALL MEN BY THESE PRESENTS, that Krimm Financial Services, LLC and Matthew Allen Krimm, hereinafter collectively referred to as Obligor, is held, firmly bound and indebted to 36 Builders, Inc., a Delaware corporation, hereinafter referred to as Obligee, in the principal sum of SIXTY THOUSAND DOLLARS, ($60,000.00), to be paid to Obligee, to which payment thereof Obligor is hereby firmly bound.

WITNESSETH, the Obligor hereby covenants and agrees to pay to Obligee said principal debt, with interest at the rate of five percent (5.00%) per annum, on the unpaid balance of said principal debt, all of which constitutes indebtedness hereunder, said indebtedness to be repaid in minimum monthly installments of $1,000.00 each, with the sum paid to be first applied to [JUNE 1ST, 20__] interest and then to principal, the first installment to be paid on ~~May 20, 201~~5 [June 1st, 20__], and continuing on the ~~20th~~ [1st day] day of each month thereafter; provided, however, that the entire unpaid principal balance, plus all accrued but unpaid interest, in the form of a balloon payment, shall be absolutely due an payable on the 20th day of May, 2017. If Obligor shall be delinquent for a period of 5 days with respect to any monthly payment, then Obligee may, if it elects, attach the personal Obligor's (Matthew Allen Krimm's) wages; and, if such attachment is effective but does not result in a minimum monthly payment of $1,000.00, then Obligor shall pay the difference between the amount received on amount of such wage attachment and $1,000.00 on the 20th of each month.

SEALED with the seal of Obligor and dated this 28TH day of May, A.D. 2015.

NOW THE CONDITION OF THIS OBLIGATION IS SUCH, that if Obligor pays all of the indebtedness hereunder to Obligee, and otherwise performs all of the obligations contained herein, then this Note shall be void and of no effect, and Obligee shall release this Note executed herewith without charge to Obligor; but otherwise this Note shall remain in full force and effect.

PROVIDED, HOWEVER, that if Obligor fails to perform any of the obligations contained herein, or if any action or proceeding is commenced which materially affects the interest of Obligee hereunder, then such shall constitute a material breach hereunder, and if any such breach shall occur and remain uncorrected for a period of thirty (30) days, then Obligee, at its option, may accelerate the time for repayment of the unpaid indebtedness hereunder, and may make the entire unpaid indebtedness hereunder due and payable immediately, together with costs; and, if legal action is brought to enforce any of the obligations contained herein, reasonable attorney's fees not to exceed twenty percent (20%) of the unpaid principal and interest due hereunder, which percentage is expressly and mutually agreed by and between the parties hereto, because of the normally difficult nature of predicting or determining an accurate amount thereof, to be a reasonable estimation of the amount thereof, and such percentage is intended, and shall be deemed, to be the amount of reasonable attorney's fees, together with interest accrued thereon.

FURTHER, Obligor hereby empowers any attorney of any court of record, after the occurrence of any Event of Default hereunder, to appear for the Obligor and to confess judgment, against Obligor in favor of the Obligee or any holder hereof for the entire principal of this Note, all accrued interest and all other amounts due hereunder, together with costs of suit and reasonable attorney's fees up to twenty percent (20%) of such principal and interest and for doing so, this Note or a copy verified by affidavit shall be a sufficient warrant. The Obligor hereby forever waives and releases all errors in said proceeding and all rights of appeal and all relief from any and all appraisement, stay or exemption laws of any state now in force or hereafter enacted.

IN WITNESS WHEREOF, Obligors have hereunto set their Hands and Seals the day and year first above written.

Witness as to all: _____

Obligors:
Krimm Financial Services, LLC

By: _____ (SEAL)
Matthew Allen Krimm, Member

_____ (SEAL)
Matthew Allen Krimm, Individually

ALEXANDER JAMES THOMAS
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
My Commission Expires 09/01/20

ALEXANDER JAMES THOMAS
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
My Commission Expires 09/01/20

**SUBSCRIBED AND SWORN** to before me by Matthew Allen Krimm, both as a member of Krimm Financial Services, LLC and Individually, this 28th day of May, A.D. 2015.

_____
NOTARY PUBLIC
My Commission Expires: 09 / 01 / 2018